## MOTION DOCKET

**99–1553. State ex rel. Untied v. Taft.**
In Mandamus. On request for findings of fact and conclusions of law. Request denied.
LUNDBERG STRATTON, J., would dismiss.

**99–1590. State ex rel. Hunter v. Cuyahoga Cty. Court of Common Pleas.**
Cuyahoga App. No. 76161. On motion for leave to supplement record. Motion denied.

**99–1824. State v. Henry.**
Montgomery App. No. 17261. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.

**99–1830. State v. Code.**
Cuyahoga App. No. 74590. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1841. State v. Martin.**
Hamilton App. No. C–960563. On motion for leave to file delayed appeal. Motion denied.

**99–1877. State v. Fluker.**
Lorain App. No. 97CA006930. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON, J., dissents.